DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Pompano Masonry Corp. v. HDR Architecture, Inc.<br><br>Case below:<br>165 N.C. App. 401 | No. 450PA04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-43) | Allowed 10/06/04 |
| Sellers v. Libbey Owens Ford Co.<br><br>Case below:<br>164 N.C. App. 411 | No. 309P04 | 1. Def. and Third-Party Administrator's PDR Under N.C.G.S. § 7A-31 (COA03-1023)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 10/06/04<br><br>2. Dismissed as moot 10/06/04 |
| State v. Abdullah<br><br>Case below:<br>165 N.C. App. 543 | No. 426P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-840) | Denied 10/06/04 |
| State v. Allen<br><br>Case below:<br>166 N.C. App. 139 | No. 485PA04 | 1. AG's Motion for Temporary Stay (COA03-1369)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **09/23/04**<br><br>2. Allowed **09/23/04**<br><br>3. Allowed **09/23/04** |
| State v. Barnes<br><br>Case below:<br>164 N.C. App. 598 | No. 337P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-911) | Denied 10/06/04 |
| State v. Blackwell<br><br>Case below:<br>166 N.C. App. 280 | No. 490PA04 | AG's Motion for Temporary Stay (COA03-793) | Allowed **09/23/04** Stay Dissolved **09/29/04** |
| State v. Boston<br><br>Case below:<br>165 N.C. App. 890 | No. 463P04 | 1. AG's Motion for Temporary Stay (COA03-932)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **09/03/04** Stay Dissolved **10/06/04**<br><br>2. Denied 10/06/04<br><br>3. Denied 10/06/04 |